**FRANK WOLKOWSKY. as Administrator of the Estate of A. Wolkowsky, Deceased, v. DAVID A. GOODKIND.**

19 So. (2nd) 106           June Term, 1944
August 1, 1944              En Banc
Rehearing denied September 15, 1944

*Redfearn & Ferrell,* for petitioner.

*W. C. Price,* for respondent.

PER CURIAM:

Certiorari denied.

BROWN, CHAPMAN, THOMAS and SEBRING, JJ., concur.

BUFORD, C. J., and TERRELL, J., dissent.

ADAMS, J., not participating.

BUFORD, C. J., dissenting:

It appears to me that the sustaining of demurrer to amended pleas 4 and 5 and the denial of leave to file proffered

additional pleas, alleging fraud and coercion, constituted error for which judgment should have been reversed on appeal to circuit court; that affirmance of judgment by circuit court constituted a departure from the essential requirements of the law. Therefore, certiorari should be granted.

TERRELL, J., concurs.